LSK&D #: 114-6015 / 881128
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGE LYNCH**

**07 CIV 4045**

-----------------------------------------------------------------x

EDDYS N. GARCIA, as Administrator of the Goods, Chattels and Credits which were of WENDY SANTOS, deceased, EDDYS N. GARCIA, individually, EDDY I. GARCIA, an infant by his father and natural guardian, EDDYS N. GARCIA, and KENNY J. GARCIA, an infant by his father and natural guardian, EDDYS N. GARCIA,

Docket No.:

FEDERAL SDNY
STATEMENT PURSUANT
TO FED. R. CIV. P. 7.1

Plaintiffs,

-against-

GINNETTI TRUCKING, LLC,



Defendant.

-----------------------------------------------------------------x

 Pursuant to Fed. R. Civ. P. 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrates of the Court to evaluate possible disqualification and recusal, the undersigned attorneys of record for defendant, GINNETTI TRUCKING, LLC, certifies that upon information and belief, the following corporations are involved in this matter:

 GINNETTI TRUCKING, LLC.

 Pursuant to Federal Rule 7.1, defendant, GINNETTI TRUCKING, LLC, identifies the following publicly held parent corporations and publicly held corporations that own ten percent or more of GINNETTI TRUCKING, LLC. stock:

NONE.

Dated:   New York, New York
         May 23, 2007

                Respectfully submitted,

                LESTER SCHWAB KATZ & DWYER, LLP

                _____
                Harold J. Derschowitz (HJD-9910)
                Attorneys for Defendant
                GINNETTI TRUCKING, LLC,
                120 Broadway
                New York, New York  10271
                (212) 964-6611

TO:

GAIR, GAIR, CONASON,
STEIGMAN & MACKAUF
80 Pine Street
New York, New York  10005
(212) 943-1090
Attorneys for Plaintiffs

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NEW YORK )

HAROLD J. DERSCHOWITZ, being duly sworn, according to the law, deposes and says that he is one of the attorneys for GINNETTI TRUCKING, LLC; and that he has read the foregoing Notice of Removal and that the statements therein are true in substance and to his knowledge.

_____
HAROLD J. DERSCHOWITZ

Sworn to before me this

23rd day of May, 2007

JOANN BROWN
Notary Public, State of New York
No. 01BR5026951
Qualified in Richmond County
Commission Expires April 25, 2010