LSK&D #: 114-6015 / 881616
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
EDDYS N. GARCIA, as Administrator of the
Goods, Chattels and Credits which were of
WENDY SANTOS, deceased, EDDYS N.
GARCIA, individually, EDDY I. GARCIA, an
infant by his father and natural guardian,
EDDYS N. GARCIA, and KENNY J. GARCIA,
an infant by his father and natural guardian,
EDDYS N. GARCIA,

**Docket No.: 07 CIV. 4045**
**Judge Lynch**

Plaintiffs,

-against-

GINNETTI TRUCKING, LLC,

Defendant.
-----------------------------------------------------------------x

Certificate of Service

I served a true and correct copy of the **CIVIL COVER SHEET, FEDERAL SDNY STATEMENT PURSUANT TO FED. R. CIV. P. 7.1, NOTICE OF REMOVAL AND NOTICE TO STATE COURT CLERK OF THE FILING OF THE NOTICE OF REMOVAL** by first-class mail on the following persons on May 25, 2007:

GAIR, GAIR, CONASON,
STEIGMAN & MACKAUF
80 Pine Street
New York, New York  10005
(212) 943-1090
Attorneys for Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 25, 2007.

*/s/ Debbie A. Campbell*
DEBBIE A. CAMPBELL