UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
EDDYS N. GARCIA, as Administrator of the  **LOCAL CIVIL RULE**
Goods, Chattels and Credits which were of  **1.9 DISCLOSURE OF**
WENDY SANTOS, deceased, EDDYS N. GARCIA,  **INTERESTED**
individually, EDDY I. GARCIA, an infant  **PARTIES**
by his father and natural guardian,
EDDYS N. GARCIA, and KENNY J. GARCIA, an   Docket No.
infant by his father and natural guardian, 07 CIV 4045
EDDYS N. GARCIA,
                             Plaintiffs,    Judge Lynch

     -against-

GINNETTI TRUCKING, LLC,

                             Defendant.
------------------------------------------------X

S I R S:

    Pursuant to the directives of Local Civil Rule 1.9 regarding the Disclosure of Interested Parties, the plaintiffs herein make the following disclosure:

> The plaintiffs are private individuals and, s such, do not come within the purview of Local Civil Rule 1.9.

Dated:    New York, New York
            June 8, 2007

                                    GAIR, GAIR, CONASON,
                                    STEIGMAN & MACKAUF


                             By:  /S     ANTHONY H. GAIR
                                 Anthony H. Gair (AHG5408)
                                 Attorneys for Plaintiffs
                                 80 Pine Street
                                 New York, NY 10005
                                 (212) 943-1090

TO:  LESTER, SCHWAB, KATZ & DWYER, LLP
     Attorneys for Defendant
     120 Broadway
     New York, NY 10271-0071
     Att: Harold J. Derschowitz, Esq.