```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
EDDYS N. GARCIA, as Administrator of the         NOTICE TO ENTER
Goods, Chattels and Credits which were of        PROPERTY PURSUANT
WENDY SANTOS, deceased, EDDYS N. GARCIA,         TO FRCP RULE 34
individually, EDDY I. GARCIA, an infant
by his father and natural guardian,              Docket No.
EDDYS N. GARCIA, and KENNY J. GARCIA, an         07 CIV 4045
infant by his father and natural guardian,
EDDYS N. GARCIA,                                 Judge Lynch

                        Plaintiffs,

        -against-

GINNETTI TRUCKING, LLC,

                        Defendant.
------------------------------------------X
```

S I R S:

PLEASE TAKE NOTICE, that pursuant to Rule 34 of the FRCP, the plaintiffs demand that you permit them, their attorneys or another party acting on their behalf, to enter upon the following described premises for the purposes of photographing the following:

1.  To enter the property of defendants for the purpose of photographing and inspecting all of the component parts of the subject vehicle involved in the accident on July 2, 2006, including, but not limited to the axle, tires and wheels/rims, involved in the occurrence herein on the 25th day of June, 2007, at a time to be agreed upon.

Dated:   New York, New York
         June 8, 2007

```
                              GAIR, GAIR, CONASON,
                              STEIGMAN & MACKAUF


                         By:  /S      ANTHONY H. GAIR
                              Anthony H. Gair (AHG5408)
                              Attorneys for Plaintiffs
                              80 Pine Street
                              New York, NY 10005
                              (212) 943-1090



TO:  LESTER, SCHWAB, KATZ & DWYER, LLP
     Attorneys for Defendant
     120 Broadway
     New York, NY 10271-0071
     Att: Harold J. Derschowitz, Esq.
```