UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X
EDDYS N. GARCIA, as Administrator of the       **NOTICE DECLINING**
Goods, Chattels and Credits which were of      **SERVICE BY MEANS**
WENDY SANTOS, deceased, EDDYS N. GARCIA,        **OF ELECTRONIC OR**
individually, EDDY I. GARCIA, an infant         **FAX TRANSMITTAL**
by his father and natural guardian,
EDDYS N. GARCIA, and KENNY J. GARCIA, an        Docket No.
infant by his father and natural guardian,      07 CIV 4045
EDDYS N. GARCIA,

                            Plaintiffs,          Judge Lynch


          -against-


GINNETTI TRUCKING, LLC,


                            Defendant.
-----------------------------------------------X

S I R S:

     PLEASE TAKE NOTICE that the plaintiffs herein will not

accept service via electronic means.

Dated:     New York, New York
           June 12, 2007


                              GAIR, GAIR, CONASON,
                              STEIGMAN & MACKAUF



                    By:  /S/    Anthony H. Gair
                         Anthony H. Gair (AHG5408)
                         Attorneys for Plaintiffs
                         80 Pine Street
                         New York, NY 10005
                         (212) 943-1090



TO:  LESTER, SCHWAB, KATZ & DWYER, LLP
     Attorneys for Defendant
     120 Broadway
     New York, NY 10271-0071
     Att: Harold J. Derschowitz, Esq.