```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X
EDDYS N. GARCIA, as Administrator of the        CROSS NOTICE TO
Goods, Chattels and Credits which were          TAKE DEPOSITION
of WENDY SANTOS, deceased, EDDYS N.             UPON ORAL
GARCIA, individually, EDDY I. GARCIA, an        EXAMINATION
infant by his father and natural guardian,
EDDYS N. GARCIA, and KENNY J. GARCIA, an        07 CIV 4045
infant by his father and natural guardian,
EDDYS N. GARCIA,

                    Plaintiffs,

     -against-

GINNETTI TRUCKING, LLC,

                    Defendant.
-----------------------------------------------X
```

S I R S :

PLEASE TAKE NOTICE, that pursuant to Federal Rules of Civil Procedure, the Plaintiff, EDDYS N. GARCIA, will take the deposition of the Defendant, GINNETTI TRUCKING, LLC, by it's employee, Bruce Lauritzen, upon oral examination for the purpose of discovery and for use as evidence in the above action or for both purposes before the Clerk of the Southern District, at Gair, Gair, Conason, Steigman & Mackauf, 80 Pine Street, New York, New York 34th floor, at 10:00 o'clock in the forenoon on the 11th day of September, 2007 , before an officer authorized to take depositions, on all matters, not privileged, which are relevant and material to the issue on the subject matter involved in the pending action and that said persons are required to appear at the aforesaid time and place in the City and State of New York and submit to such examination before the

aforesaid Clerk or other officer. The oral examinations will continue from day to day until completed. You are invited to attend and cross-examine.

Dated:    New York, New York
          June 13, 2007

                                        GAIR, GAIR, CONASON,
                                        STEIGMAN & MACKAUF
                                        Attorneys for Plaintiffs


                                    By: /S/     ANTHONY H. GAIR
                                        ANTHONY H. GAIR (AHG5408)
                                        A Member of the Firm
                                        Office & P.O. Address
                                        80 Pine Street
                                        New York, NY 10005
                                        (212) 943-1090

TO:  ATTN: HAROLD J. DERSCHOWITZ, ESQ.
     LESTER, SCHWAB, KATZ & DWYER
     Attorneys for Defendant
     GINNETTI TRUCKING, LLC
     120 Broadway
     New York, NY 10271