```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
EDDYS N. GARCIA, as Administrator of the         DEMAND FOR
Goods, Chattels and Credits which were           EXPERT WITNESS
of WENDY SANTOS, deceased, EDDYS N.              INFORMATION
GARCIA, individually, EDDY I. GARCIA, an
infant by his father and natural guardian,
EDDYS N. GARCIA, and KENNY J. GARCIA, an         07 CIV 4045
infant by his father and natural guardian,
EDDYS N. GARCIA,

                        Plaintiffs,

        -against-

GINNETTI TRUCKING, LLC,

                        Defendant.
------------------------------------------------X
```

Plaintiff, EDDYS N. GARCIA, requests that defendants, GINNETTI TRUCKING, LLC, identify each person defendant expects to call as a expert witness at the trial of this matter by stating for each such expert witness, with all detail available to defendant:

   1.   His or her name, residential and professional address, title and employer;

   2.   The substance of each and every fact upon which he or she expects to testify;

   3.   The substance of each and every opinion upon which he or she expects to testify;

   4.   A summary of each and every ground for such opinion(s); and,

   5.   His or her qualifications, including but not limited to, such persons educational and employment history,

publications, prior expert testimony, experience in the field(s) in which the opinion(s) will be offered, and all other factors upon which defendant expects to rely in qualifying such person as an expert.

This request is continuing in nature, and accordingly, must be supplemented or modified as soon as information contained in any response hereto becomes inaccurate or incomplete.

Dated:    New York, New York
          June 13, 2007

                                    GAIR, GAIR, CONASON,
                                    STEIGMAN & MACKAUF
                                    Attorneys for Plaintiffs


                            By:    /S/    ANTHONY H. GAIR
                                   ANTHONY H. GAIR (AHG5408)
                                   A Member of the Firm
                                   Office & P.O. Address
                                   80 Pine Street
                                   New York, NY 10005
                                   (212) 943-1090

TO:   ATTN: HAROLD S. DERSCHOWIT, ESQ.
      LESTER, SCHWAB, KATZ & DWYER
      Attorneys for Defendant
      GINNETTI TRUCKING, LLC
      120 Broadway
      New York, NY 10271