UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X

EDDYS N. GARCIA, as Administrator of the    **RESPONSE TO**
Goods, Chattels and Credits which were    **PRODUCTION OF**
of WENDY SANTOS, deceased, EDDYS N.    **INCOME TAX RETURNS**
GARCIA, individually, EDDY I. GARCIA, an
infant by his father and natural guardian,
EDDYS N. GARCIA, and KENNY J. GARCIA, an    07 CIV 4045 GEL
infant by his father and natural guardian,
EDDYS N. GARCIA,

                    Plaintiffs,

      -against-

GINNETTI TRUCKING, LLC,

                    Defendant.
-------------------------------------------X

TO DEFENDANT GINNETTI TRUCKING, LLC

    PLEASE TAKE NOTICE the following is plaintiffs' Response to Demand for Income Tax Returns:

    Enclosed please find a complete copy of decedent, Wendy Santos, income tax returns for the years 2004, 2005 and 2006.

    Enclosed please find a copy of plaintiff, Eddys N. Garcia, income tax returns for the year 2006. At this time, Mr. Garcia is unable to locate his income tax returns for the years 2004 and 2005. Upon receipt of same, we shall provide under separate cover.

    PLEASE BE ADVISED THAT plaintiff herein reserves the right to supplement this response.

Dated:   New York, New York
          July 9, 2007

```
                                    GAIR, GAIR, CONASON,
                                    STEIGMAN & MACKAUF
                                    Attorneys for Plaintiffs


                         By:  /S/     ANTHONY H. GAIR
                              ANTHONY H. GAIR (AHG5408)
                              A Member of the Firm
                              Office & P.O. Address
                              80 Pine Street
                              New York, NY 10005
                              (212) 943-1090


   TO:  ATTN: HAROLD S. DERSCHOWIT, ESQ.
        LESTER, SCHWAB, KATZ & DWYER
        Attorneys for Defendant
        GINNETTI TRUCKING, LLC
        120 Broadway
        New York, NY 10271
```