UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
EDDYS N. GARCIA, as Administrator of the      **NOTICE OF**
Goods, Chattels and Credits which were of     **APPEARANCE**
WENDY SANTOS, deceased, EDDYS N. GARCIA,
individually, EDDY I. GARCIA, an infant
by his father and natural guardian,           Docket No.
EDDYS N. GARCIA, and KENNY J. GARCIA, an      07 CIV 4045
infant by his father and natural guardian,
EDDYS N. GARCIA,                              Judge Lynch

                             Plaintiffs,

        -against-

GINNETTI TRUCKING, LLC,

                         Defendant.
-------------------------------------------X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

     PLEASE TAKE NOTICE THAT, GAIR, GAIR, CONASON, STEIGMAN &
MACKAUF, located at 80 Pine Street, 34th Floor, New York, NY
10005, have appeared as attorneys for the plaintiff's, EDDYS
N. GARCIA, EDDY I. GARCIA and KENNY J. GARCIA, in the above
entitled action.

     I certify that I am admitted to practice in this Court.

Dated:   New York, New York
        July 12, 2007

                          Yours, etc.,

                         /S/    ANTHONY H. GAIR
                  By: ANTHONY H. GAIR (5408)
                    GAIR, GAIR, CONASON,
                    STEIGMAN & MACKAUF
                    Attorneys for Plaintiffs
                    Office & P.O. Address
                    80 Pine Street
                    New York, NY 10005
                    (212) 943-1090
                    (212) 425-7513 Fax

TO:  LESTER, SCHWAB, KATZ & DWYER, LLP
     Attorneys for Defendant
     120 Broadway
     New York, NY 10271-0071
     Att: Harold J. Derschowitz, Esq.