STATE OF NEW YORK, COUNTY OF NEW YORK        ss:

    Susan Meszaros being sworn says:  I am not a party to the action, am over 18 years of age and reside in Asbury, New Jersey.

On August 1, 2007, I served a true copy of the annexed Answers to Interrogatories Propounded by Defendant via electronic filing with the SDNY Court and by mailing the same in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

To:   LESTER SCHWAB KATZ & DWYER, LLP
      Attorneys for Defendant
      120 Broadway
      New York, NY 10271

*[signature]*
Susan Meszaros

Sworn to before me the
1st day of August, 2007

*[signature]*

JACQUELINE LESTER
Commissioner of Deeds
City of New York No. 5-1066
Certificate Filed in Richmond County
Commission Expires October 1, 2022