```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
EDDYS N. GARCIA, as Administrator of the      CIVIL CASE
Goods, Chattels and Credits which were        MANAGEMENT PLAN
of WENDY SANTOS, deceased, EDDYS N.
GARCIA, individually, EDDY I. GARCIA, an      (Judge Gerard E. Lynch)
infant by his father and natural guardian,
EDDYS N. GARCIA, and KENNY J. GARCIA, an
infant by his father and natural guardian,
EDDYS N. GARCIA,                              07 CIV 4045 GEL

                    Plaintiffs,

        -against-

GINNETTI TRUCKING, LLC,

                    Defendant.
------------------------------------------
OLGA GARCIA, et. al.,

                    Plaintiff,

        -against-

GINNETTI TRUCKING, LLC,

                    Defendant.
------------------------------------------X
```

After consultation with counsel for all parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

1. The case is to be tried by a jury. Scheduling of pre-trial practice should be arranged with a view to having the case ready for trial within approximately six months of the initial pre-trial conference.

2. Joinder of additional parties must be accomplished by March 2, 2008.

3. Amended pleadings may be filed until March 2, 2008.

4. All fact discovery is to be completed by February 15, 2008. Interim deadlines set below may be extended by the parties on consent without application to the Court, provided the parties can still meet the discovery completion date ordered by the Court, which shall not be adjourned except upon a showing of extraordinary circumstances.

   A. First request for production of documents, if any, to be served by August 23, 2007, if not served.

   B. Interrogatories pursuant to Local Rule 33.3(a) of the Civil Rules of the Southern District of New York to be served by August 23, 2007, if not served. No other interrogatories are permitted except upon prior express permission of the Court.

   C. Depositions to be completed by April 27, 2008.

      i. Unless counsel agree otherwise or the Court so orders, depositions are not to be held until all parties have responded to any first requests for production of documents.

      ii. Depositions shall proceed concurrently.

      iii. Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.

      iv. No depositions shall be extended beyond two business days without prior leave of the Court.

   D. Experts, if any, are to be designated by, plaintiffs- February 15, 2008 and defendants-February 29, 2008, and experts' reports exchanged no later than plaintiffs- March 14, 2008 and defendants-April 6, 2008. Experts may be deposed, but such depositions must occur within the time limit set forth for all depositions set forth above.

   E. Requests to Admit, if any, are to be served no later than March 9, 2008.

5. Dispositive motions are to be served and filed by May 1, 2008. Answering papers are to be served and filed by May 15, 2008. Reply papers are to be served and filed by May 22, 2008.

   All motions and applications shall be governed by the Court's Individual Practice Rules, which are available on the Internet at http://www.nysd.uscourts.gov. Note that under those rules, two courtesy copies of all motion paper are to be provided to

chambers by the movant at the time the reply is filed. It is the responsibility of the <u>movant</u> to make sure that copies of all parties' papers are provided at that time.

Any party may request oral argument by letter at the time reply papers are filed. Whether or not requested, the Court will determine whether and when oral argument is to be held.

6. The joint pretrial order shall be filed no later than 30 days after completion of discovery, or after the final decision of any dispositive motion, whichever is later, unless a different date is set by the Court. The requirements for the pre-trial order and other pre-trial submissions shall be governed by the Court's Individual Practice Rules.

7. Counsel consent to trial by a U.S. Magistrate Judge.

    Yes _____    No   X_____

**NEXT CASE MANAGEMENT CONFERENCE** _Feb. 22, 2008 at 11:00 a.m._
                                                      (To be completed by the Court)

Dated: _Aug. 16, 2007_
New York, New York

SO ORDERED:

_____
GERARD E. LYNCH
United States District Judge