UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
EDDYS N. GARCIA et al.,                          :
:
    Plaintiffs,                                  :
:                       07 Civ. 4045 (GEL)
    -against-                                    :
:                           ORDER
GINNETTI TRUCKING, LLC,                          :
:
    Defendant.                                   :
:
------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08
```

GERARD E. LYNCH, District Judge:

    At the status conference on March 7, 2008, the parties requested that discovery in this case be stayed pending the resolution of related litigation involving defendant's insurance carriers, including the action in Canal Insurance Company v. Ginnetti Trucking, LLC et al., 08 Civ. 1588 (GEL). Because the parties have indicated that resolution of the insurance actions will facilitate and likely lead to the resolution of the claims asserted in this case, the request will be granted. Accordingly, it is hereby ORDERED that:

1. Discovery in this case shall be stayed pending resolution of the action in Canal Insurance Co. v. Ginnetti Trucking, LLC et al., 08 Civ. 1588 (GEL), and any other related insurance litigation.

2. The parties shall file a report on or before April 15, 2008, apprising the Court of the status of the related insurance litigation.

3. The Clerk of the Court is respectfully directed to transfer this case to the suspense docket until further notice.

SO ORDERED.

Dated: New York, New York
       March 14, 2008

                                                                        GERARD E. LYNCH
                                                                     United States District Judge