## GAIR, GAIR, CONASON, STEIGMAN & MACKAUF

COUNSELORS AT LAW
80 PINE STREET
NEW YORK, N.Y. 10005-1768
TEL. (212) 943-1090
FAX (212) 425-7513
EMAIL. mail@gairgair.com

ROBERT L. CONASON
SEYMOUR BOYERS
ERNEST R. STEIGMAN
STEPHEN H. MACKAUF
JEROME L. KATZ
JEFFREY B. BLOOM
ANTHONY H. GAIR
BEN B. RUBINOWITZ
HOWARD S. HERSHENHORN*
RICHARD M. STEIGMAN
MARY NICHOLLS
RHONDA E. KAY
CHRISTOPHER L. SALLAY*

WARREN J. WILLINGER
DANIEL A. GAIR
DIANA M.A. CARNEMOLLA*
LYNNE KURTZ-CITRIN
KATHERINE A. HAWKINS, M.D., J.D.
PETER J. SAGHIR

NEW JERSEY ADDRESS
ONE GATEWAY CENTER
SUITE 2600
NEWARK, N.J. 07102
TEL (973) 645-0581
FAX (973) 645-9475

HARRY A. GAIR (1894-1975)
HARRIET E. GAIR (1905-2006)

*MEMBER OF N.Y. & N.J. BARS

April 4, 2008

Honorable Gerard E. Lynch
United States District Court
Southern District of New York
500 Pearl Street, Room 910
New York, NY 10007

    Re: Garcia v. Ginnetti Trucking, LLC, et al.
        Docket no.: 07-CV-4045 (GEL)

Honorable Sir:

    We are the attorneys representing the plaintiff, Eddys N. Garcia, in the above captioned action. Pursuant to the direction of the Court, all parties were to file a report apprising the Court of the status of the related insurance litigation.

    With regard to the Canal Insurance Company v. Ginnetti Trucking, LLC, et al. litigation, docket no. 08-CV-1588 (GEL), the defendant, Eddys N. Garcia, filed an Answer with the Court on March 17, 2008.

    Further, another related insurance matter, General Star National Insurance Co. v. Ginnetti Trucking LLC, et al., docket no. 08-CV-2957, was commenced with the filing of a Complaint on March 21, 2008. The defendant, Eddys N. Garcia, filed an Answer with the Court on March 28, 2008. To date, according to ECF, said action remains unassigned.

                                    Respectfully yours,

                                    GAIR, GAIR, CONASON,
                                    STEIGMAN & MACKAUF

                                    By: Anthony H. Gair

cc: LESTER SCHWAB KATZ & DWYER, LLP
    YANOVER & YANOVER
    McELFISH LAW FIRM
    DAY PITNEY, LLP